FILED
APR 1 1 2017
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:17cr165T24AEP
8 U.S.C. § 1324(a)(1)(A)(ii)
JONATHAN JIMENEZ 8 U.S.C. § 1324(a)(2)(B)(ii)

# INFORMATION

The United States Attorney charges:

## COUNT ONE

On or about November 30, 2016, in the Middle District of Florida, the defendant,

JONATHAN JIMENEZ,

knowing and in reckless disregard of the fact that a certain alien, Xorxe-Pablo Francisco, had come to, entered, and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise in furtherance of such violation of law, and for the purpose of private financial gain.

In violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii) and (a)(2)(B)(ii).

## FORFEITURE

1. The allegations contained in Count One of this Information is hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 8 U.S.C. § 1324(b), 18 U.S.C. § 982(a)(6), and 28 U.S.C. § 2461(c).

2. Upon conviction for the violations alleged in Count One of this Information, the defendant,

JONATHAN JIMENEZ,

shall forfeit to the United States of America, pursuant to 8 U.S.C. § 1324(b) and 18 U.S.C. § 982(a)(6):

a. Any conveyance, including any vessel, vehicle, or aircraft, used in the commission of a violation of 8 U.S.C. § 1324(a),

b. Any property, real or personal, that constitutes or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of such violation; and

c. Any property, real or personal, used to facilitate, or is intended to be used to facilitate, the commission of such violation.

3. The specific property to be forfeited includes, but is not limited to, $821 in U.S. currency seized from the defendant on or about November 30, 2016 used in the commission of the offense.

4. If any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by Title 18 U.S.C. § 982(b)(1).

A. LEE BENTLEY, III
United States Attorney

By: ______________________
Gregory Nolan
Assistant United States Attorney

By: ______________________
Cherie L. Krigsman
Assistant United States Attorney
Deputy Chief, Major Crimes Section